E-FILING

FILED

2007 SEP 20 P 3: 16

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  Royal F. Oakes (080480), roakes@barwol.com
   Michael A. S. Newman (205299), mnewman@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5  Attorneys for Defendant
   Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 04867

| | |
|---|---|
| LADONNA GEDECKE, | CASE NO.: |
| Plaintiff, | CORPORATE DISCLOSURE STATEMENT |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed: June 13, 2007 |

i:\office7\7197\210\07pleadings\removal_federal_corp disclosure stmt.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CORPORATE DISCLOSURE STATEMENT

1  TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
2  CALIFORNIA:

4      Pursuant to Federal Rule of Civil Procedure 7.1,
5      (1)    Metropolitan Life Insurance Company is a wholly owned subsidiary of MetLife,
6  Inc., a publicly traded company.

8  Dated: September 20, 2007        BARGER & WOLEN LLP

10  By: _____
11  ROYAL F. OAKES
    MICHAEL A. S. NEWMAN
    Attorneys for Defendant Metropolitan
12  Life Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
CORPORATE DISCLOSURE STATEMENT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On September 20, 2007, I served the foregoing document(s) described as **CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

| | |
|---|---|
| **Charles B. Perkins** | **Counsel for Plaintiff** |
| Flynn, Rose & Perkins | **LADONNA GEDECKE** |
| 59 North Santa Cruz Avenue, Suite Q | |
| Los Gatos, California 95030 | |
| Telephone No.: (408) 399-4566 | |
| Facsimile No.: (408) 399-6683 | |
| E-mail: cbperk@earthlink.net | |

[X] **BY MAIL**

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**

[ ] I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[ ] **BY FACSIMILE**

[ ] By transmitting an accurate copy via facsimile to the person and telephone number as follows: **Charles B. Perkins (Fax No. 408-399-6683)**

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on September 20, 2007.

MELANIE A. TAVERA                              _/s/ Melanie Tavera_
(Name)                                         (Signature)

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\210\07pleadings\proof - usdc.doc