**ADR**

**FILED**

Royal F. Oakes (080480), roakes@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

2007 SEP 20  P 3: 17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

Attorneys for Defendant
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C07 04867 HR

| | |
|---|---|
| LADONNA GEDECKE, | CASE NO.: |
| Plaintiff, | |
| vs. | CERTIFICATE OF INTERESTED PARTIES |
| METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed:   June 13, 2007 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\210\07pleadings\removal_federal _notice of interested parties.doc

CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, |
| 2 | associations of persons, firms, partnerships, corporations (including parent corporations) or other |
| 3 | entities (i) have a financial interest in the subject matter in controversy or in a party to the |
| 4 | proceeding, or (ii) have a non-financial interest in that subject matter or in the party that could be |
| 5 | substantially affected by the outcome of this proceeding: |
| 6 | Apart from Plaintiffs the only parties that have a direct, pecuniary interest in the outcome |
| 7 | of this case is Metropolitan Life Insurance Company ("MetLife"). MetLife is a wholly owened |
| 8 | subsidiary of MetLife, Inc. |

Dated: September 20, 2007            BARGER & WOLEN LLP

By: _____
ROYAL F. OAKES
MICHAEL A. S. NEWMAN
Attorneys for Defendant Metropolitan
Life Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
CERTIFICATE OF INTERESTED PARTIES

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

    On September 20, 2007, I served the foregoing document(s) described as **CERTIFICATE OF INTERESTED PARTIES** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

| | |
|---|---|
| **Charles B. Perkins**<br>Flynn, Rose & Perkins<br>59 North Santa Cruz Avenue, Suite Q<br>Los Gatos, California 95030<br>Telephone No.: (408) 399-4566<br>Facsimile No.: (408) 399-6683<br>E-mail: cbperk@earthlink.net | **Counsel for Plaintiff**<br>**LADONNA GEDECKE** |

[X] **BY MAIL**

    [X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**

    [ ] I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[ ] **BY FACSIMILE**

    [ ] By transmitting an accurate copy via facsimile to the person and telephone number as follows: **Charles B. Perkins (Fax No. 408-399-6683)**

[X]     **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on September 20, 2007.

MELANIE A. TAVERA  
(Name)               (Signature)

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\210\07pleadings\proof - usdc.doc

PROOF OF SERVICE