1  Royal F. Oakes (080480), roakes@barwol.com
   Michael A. S. Newman (205299), mnewman@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5  Attorneys for Defendant
   Metropolitan Life Insurance Company
6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| LADONNA GEDECKE, | CASE NO.: C 07-04867 HRL |
| Plaintiff, | Honorable Howard R. Lloyd |
| vs. | **PROOF OF SERVICE BY MAIL** OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE: INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES; LITIGATION GUIDELINES |
| METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive, | |
| Defendants. | |
| | Complaint Filed: June 13, 2007 |

i:\office7\7197\210\07pleadings\caption4pos court docs0921.doc

**PROOF OF SERVICE BY MAIL** OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE: INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES; LITIGATION GUIDELINE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On September 24, 2007, I served the foregoing document(s) described as **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE: INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES; LITIGATION GUIDELINES** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

| | |
|---|---|
| **Charles B. Perkins**<br>Flynn, Rose & Perkins<br>59 North Santa Cruz Avenue, Suite Q<br>Los Gatos, California 95030<br>Telephone No.: (408) 399-4566<br>Facsimile No.: (408) 399-6683<br>E-mail: cbperk@earthlink.net | **Counsel for Plaintiff**<br>**LADONNA GEDECKE** |

[X] **BY MAIL**

  [X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**

  [ ] I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[ ] **BY FACSIMILE**

  [ ] By transmitting an accurate copy via facsimile to the person and telephone number as follows: **Charles B. Perkins (Fax No. 408-399-6683)**

[X]    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on September 24, 2007.

MELANIE A. TAVERA          _(Signature)_
(Name)

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\210\07pleadings\proof - usdc.doc