Royal F. Oakes (080480), roakes@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADONNA GEDECKE,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: C 07-04867 HRL<br><br>Honorable Howard R. Lloyd<br><br>**STIPULATION RE EXTENSION OF DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  June 13, 2007 |

Pursuant to FRCP 6(b) and L.R. 6-1(a), Plaintiff LaDonna Gedecke ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("Defendant"), by and through their counsel of record, hereby stipulate to extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint.

Pursuant to their stipulation, Defendant's responsive pleading will be considered timely if submitted on or before **October 26, 2007**.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\210\07pleadings\stip re extension.doc

STIPULATION RE EXTENSION

Good cause for this extension exists, as Defendant has only recently retained counsel, and additional time is needed for Defendant to review the relevant information pertaining to this action, to formulate its interim litigation strategy and to prepare its actual responsive pleadings.

**IT IS SO STIPULATED.**

Dated: September 25, 2007              BARGER & WOLEN LLP

                                       By  /s/ Michael A. S. Newman
                                           ROYAL F. OAKES
                                           MICHAEL A. S. NEWMAN
                                           Attorney for Defendant
                                           Metropolitan Life Insurance
                                           Company

Dated: September 25, 2007              FLYNN, ROSE & PERKINS

                                       By  [signature]
                                           CHARLES B. PERKINS
                                           Attorney for Plaintiff
                                           LaDonna Gedecke

STIPULATION RE EXTENSION