Royal F. Oakes (080480), roakes@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADONNA GEDECKE, | CASE NO.: C 07-04867 HRL |
| Plaintiff, | Honorable Howard R. Lloyd |
| vs. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive, | **AND** |
| | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendants. | Complaint Filed:  June 13, 2007 |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 12, 2007                           BARGER & WOLEN LLP

                                                                        By: /s/ M. Newman
                                                                        ROYAL F. OAKES
                                                                        MICHAEL A. S. NEWMAN
                                                                        Attorneys for Defendant Metropolitan
                                                                        Life Insurance Company

c:\documents and settings\msn\local settings\temporary internet files\olk15e\decl2procdbefamagjudge.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE