UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LaDonna Gedecke,<br><br>    Plaintiff,<br><br>v.<br><br>Metropolitan Life Insurance Company,<br><br>    Defendant.<br>_____/ | No. C07-04867<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for January 8, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **January 11, 2008 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on January 4, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: December 13, 2007                            RICHARD W. WIEKING, Clerk
                                                                        United States District Court

                                                                        /s/ *Patty Cromwell*
                                                                        By: Patty Cromwell, Courtroom Deputy
                                                                        to Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Michael A.S. Newman     mnewman@barwol.com, mtavera@barwol.com

Royal Forest Oakes     roakes@barwol.com, rrojas@barwol.com

Charles Balch Perkins     cbperk@earthlink.net, heathergibsoni@gmail.com