**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, February 22, 2008
**Case Number:** CV-07-4867-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:              **LADONNA GEDECKE  V.METROPOLITAN LIFE INSURANCE CO.**

           **PLAINTIFF**                                **DEFENDANT**

   Attorneys Present: Charles Perkins             Attorneys Present: Royal Oakes

---

PROCEEDINGS:

    Case management conference held.  Parties are present. The Court adopts the proposed case schedule.  The case is set for Jury trial on 2/23/09 at 9:00 a.m. and Pretrial conference on 2/13/09 at 11:00 a.m.