CHARLES B. PERKINS  #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
E-Mail: cbperk@earthlink.net

Attorneys for Plaintiff
LADONNA GEDECKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADONNA GEDECKE,<br><br>              Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.  C07 04867 JF<br><br>STIPULATION AND [PROPOSED] ORDER TAKING TRIAL DATE AND ALL ASSOCIATED DATES OFF CALENDAR, AND RESETTING CASE FOR FURTHER CASE MANAGEMENT CONFERENCE |

      The parties, by their attorneys of record, hereby stipulate as follows:

      WHEREAS, on December 20, 2007, the Court ordered this matter be mediated by July 15, 2008.

      WHEREAS, at the Initial Case Management Conference on February 22, 2008, this case was set for a Jury Trial on February 23, 2009, a Pre-Trial Conference on February 13, 2009, and various motion deadlines, and discovery deadlines were set, including a fact discovery cut-off of September 19, 2008.

      WHEREAS, the parties have agreed on a mediator and Plaintiff has made a settlement demand, but the parties have not been able to complete the mediation process.

/////

07/31/2008 15:13 BARGAER&WOLEN-FAX7 → 7197*210#14083996683 NO.715 P03
Case 5:07-cv-04867-JF    Document 19    Filed 08/01/2008    Page 2 of 3

07/31/2008 07:54 4083996683    FLYNN ROSE PERKINS    PAGE 03/04

1. WHEREAS, the in-house attorney for MetLife responsible for evaluating settlement is
2. experiencing a difficult pregnancy and has recently been hospitalized, making it difficult or
3. impossible for the parties to complete the mediation process before October 15, 2008.
4. WHEREAS, the parties wish to fully evaluate the possibility of settlement before incurring
5. the substantial additional discovery costs that will be necessary in the short-term if the trial date
6. remains on calendar.
7. THEREFORE, the parties hereby stipulate and agree that the trial date on February 23,
8. 2009, the Pre-Trial Conference on February 13, 2009, and all associated discovery and motion cut-
9. off dates be taken off calendar, the parties shall complete the mediation process by October 15,
10. 2008, and that this case be set for a Further Case Management Conference on or after October 31,
11. 2008.
12. IT IS SO STIPULATED.
13. DATE: July 31, 2008    FLYNN, ROSE & PERKINS
14. 
15. By _____
    CHARLES B. PERKINS
16. Attorney for Plaintiff
    LADONNA GEDECKE
17. 
18. DATE: July 31, 2008    BARGER & WOLEN, LLP
19. 
20. By _____
    ROYAL F. OAKES
21. Attorney for Defendant
    METROPOLITAN LIFE
22. INSURANCE COMPANY
23. 
24. 
25. **ORDER**
26. Having considered the Stipulation of the parties and good cause appearing, it is hereby
27. ordered that the Trial date of February 23, 2009, the Pre-Trial Conference date of February 13,
28. 

STIPULATION AND [PROPOSED] ORDER TAKING TRIAL DATE AND ALL ASSOCIATED DATES OFF CALENDAR,
AND RESETTING CASE FOR FURTHER CASE MANAGEMENT CONFERENCE
Case No. C07 04867 HRL
Page 2

2009, and all associated discovery cut-off and motion dates are taken off calendar, the parties are ordered to complete the mediation process by October 15, 2008, and this case is set for a Further Case Management Conference on _____. The parties are directed to file a Case Management Conference Statement one week prior to the Further Case Management Conference.

IT IS SO ORDERED.

DATED:_____                    _____
                                      JUDGE JEREMY FOGEL

STIPULATION AND [PROPOSED] ORDER TAKING TRIAL DATE AND ALL ASSOCIATED DATES OFF CALENDAR, AND RESETTING CASE FOR FURTHER CASE MANAGEMENT CONFERENCE
Case No. C07 04867 JF
Page 3