CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
E-Mail: cbperk@earthlink.net

**E-filed 8/8/08**

Attorneys for Plaintiff
LADONNA GEDECKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LADONNA GEDECKE,

      Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive,

      Defendants.

) Case No. C07 04867 JF
)
) STIPULATION AND [PROPOSED] ORDER
) TAKING TRIAL DATE AND ALL
) ASSOCIATED DATES OFF CALENDAR,
) AND RESETTING CASE FOR FURTHER
) CASE MANAGEMENT CONFERENCE

The parties, by their attorneys of record, hereby stipulate as follows:

WHEREAS, on December 20, 2007, the Court ordered this matter be mediated by July 15, 2008.

WHEREAS, at the Initial Case Management Conference on February 22, 2008, this case was set for a Jury Trial on February 23, 2009, a Pre-Trial Conference on February 13, 2009, and various motion deadlines, and discovery deadlines were set, including a fact discovery cut-off of September 19, 2008.

WHEREAS, the parties have agreed on a mediator and Plaintiff has made a settlement demand, but the parties have not been able to complete the mediation process.

/////

07/31/2008 15:13 BARGAER&WOLEN-FAX7 → 7197*210#14083996683 NO.715 D03
Case 5:07-cv-04867-JF   Document 20   Filed 08/08/2008   Page 2 of 3

07/31/2008 07:54   4083996683   FLYNN ROSE PERKINS   PAGE 03/04

1  WHEREAS, the in-house attorney for MetLife responsible for evaluating settlement is
2  experiencing a difficult pregnancy and has recently been hospitalized, making it difficult or
3  impossible for the parties to complete the mediation process before October 15, 2008.
4  WHEREAS, the parties wish to fully evaluate the possibility of settlement before incurring
5  the substantial additional discovery costs that will be necessary in the short-term if the trial date
6  remains on calendar.
7  THEREFORE, the parties hereby stipulate and agree that the trial date on February 23,
8  2009, the Pre-Trial Conference on February 13, 2009, and all associated discovery and motion cut-
9  off dates be taken off calendar, the parties shall complete the mediation process by October 15,
10  2008, and that this case be set for a Further Case Management Conference on or after October 31,
11  2008.
12  IT IS SO STIPULATED.
13  DATE: July 31, 2008        FLYNN, ROSE & PERKINS
14                              By /s/ Charles B. Perkins
15                              CHARLES B. PERKINS
                                Attorney for Plaintiff
16                              LADONNA GEDECKE
17
18  DATE: July 31, 2008        BARGER & WOLEN, LLP
19                              By /s/ Royal F. Oakes
20                              ROYAL F. OAKES
                                Attorney for Defendant
21                              METROPOLITAN LIFE
                                INSURANCE COMPANY
22
23
24
                            **ORDER**
25
26  Having considered the Stipulation of the parties and good cause appearing, it is hereby
27  ordered that the Trial date of February 23, 2009, the Pre-Trial Conference date of February 13,
28

STIPULATION AND [PROPOSED] ORDER TAKING TRIAL DATE AND ALL ASSOCIATED DATES OFF CALENDAR,
AND RESETTING CASE FOR FURTHER CASE MANAGEMENT CONFERENCE
Case No. C07 04867 HRL
Page 2

1  2009, and all associated discovery cut-off and motion dates are taken off calendar, the parties are
2  ordered to complete the mediation process by October 15, 2008, and this case is set for a Further
3  Case Management Conference on ___10/24/08 at 10:30_____. The parties are directed to file
4  a Case Management Conference Statement one week prior to the Further Case Management
5  Conference.
6      IT IS SO ORDERED.
7      DATED:__8/8/08_____
8                                            JUDGE JEREMY FOGEL