Royal F. Oakes (080480), roakes@barwol.com
Michael A. S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

\*\*E-Filed 10/21/08\*\*

Attorneys for Defendant
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADONNA GEDECKE,<br><br>          Plaintiff,<br><br>  vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: C 07-04867 JF<br><br>Honorable Jeremy Fogel<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[Fed. R. Civ. Proc. 26(a)]<br><br>Complaint Filed:   June 13, 2007 |

i:\office7\7197\210\08pleadings\stip 2 continuing cmc.doc

DEFENDANT'S INITIAL DISCLOSURES

The parties, by their attorneys of record, hereby stipulate as follows:

WHEREAS, on October 17, 2008, the Court scheduled a Case Management Conference in this matter to be held on October 27, 2008 at 10:30 a.m.;

WHEREAS, counsel for both parties have calendar conflicts on October 27, 2008 (plaintiff's counsel is scheduled to attend a JAMS mediation that day; defendant's counsel is scheduled to attend a Case Management Conference in Los Angeles that day, in the United States District Court for the Central District of California); and

WHEREAS, the parties and their counsel attended a mediation in this matter on October 8, 2008 before neutral David Meadows, and settlement discussions continue;

1  THEREFORE, the parties respectfully request that the Court continue the October 27,
2  2008 Case Management Conference to November 7, 2008 (or, if that date is not convenient to the
3  Court's calendar, to October 31, 2008).
4
5  Dated: October 20, 2008                                  BARGER & WOLEN LLP
6
7                                                           By /s/ Royal F. Oakes
8                                                           ROYAL F. OAKES
                                                            MICHAEL A. S. NEWMAN
9                                                           Attorneys for Defendant
                                                            Metropolitan Life Insurance
10                                                          Company
11  Dated: October 20, 2008                                 FLYNN, ROSE & PERKINS
12
13                                                          By /s/ Charles B. Perkins
14                                                          CHARLES B. PERKINS
                                                            Attorney for Plaintiff Ladonna
15                                                          Gedecke

-3-

## O R D E R

Having considered the Stipulation of the parties and good cause appearing therefor, it is hereby ordered that the Case Management Conference currently scheduled for October 27, 2008 at 10:30 a.m. be continued to [November 7, 2008 at 10:30 a.m.] ------------------------------------.

The parties are directed to file a Case Management Conference Statement one week prior to the continued Case Management Conference.

IT IS SO ORDERED.

DATED: 10/21/08

HON. JEREMY FOGEL
UNITED STATES DISTRICT
COURT, NORTHERN DISTRICT
OF CALIFORNIA