1 | CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
2 | 59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
3 | (408) 399-4566
Email: cbperk@earthlink.net
4 |
Attorney for Plaintiff
5 | LADONNA GEDECKE

6 |

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9 |

10 |

LADONNA GEDECKE,                    )   Case No.  C07 04867 JF
11 |                                 )
                                    )
12 |            Plaintiff,          )   **STIPULATION AND (PROPOSED) ORDER**
                                    )   **RE DISMISSAL OF ENTIRE ACTION**
13 | vs.                            )   **WITH PREJUDICE**
                                    )
14 | METROPOLITAN LIFE INSURANCE     )
COMPANY, and DOES 1 through 10,     )
15 | inclusive,                     )
                                    )
16 |            Defendants.         )
                                    )
17 | _____)

18 |        IT IS HEREBY STIPULATED AND  AGREED BY AND BETWEEN Plaintiff,

19 | LaDonna Gedecke. and Defendant, Metropolitan Life Insurance Company, by and through their

20 | respective attorneys of record herein, that this entire action shall be dismissed with prejudice,

21 | each party to bear her or its own attorney's fees and costs.

22 | DATE: <u>April 28, 2009</u>                    FLYNN, ROSE & PERKINS

23 |

24 |                                                  By _____
                                                  CHARLES B. PERKINS
25 |                                                  Attorney for Plaintiff
                                                  LaDonna Gedecke
26 |

27 |

28 |

*5-18-09*

DATE: ~~April~~  ~~, 2009~~

BARGER & WOLEN LLP

By    *Royal F. Oakes*

     ROYAL F. OAKES
     Attorney for Defendant
     Metropolitan Life Insurance Company

## ORDER

Having reviewed the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear her or its own attorney's fees and costs.

IT IS SO ORDERED.

DATE: _5/20_____, 2009

        JUDGE JEREMY FOGEL